FRANCIS LASSELLE *versus* ROBERT, ALIAS TONTON, NAVARRE

JOURNAL ENTRIES (1815–20): *Journal 2:* (1) Continued *p. 441; (2) declaration filed, rule to plead *p. 491; (3) referred *p. 532; (4) award filed *p. 586; (5) report of referees, judgment *p. 600. *Journal 3:* (6) Bill of costs reduced, witness fees ordered paid *p. 70.

PAPERS IN FILE: (1) Precipe for process; (2) declaration; (3) subpoena; (4) proof of attendance of witness; (5) statement of witness fees; (6) writ of fi. fa.

*Office Docket*, MS p. 20, c. 40; p. 38, c. 21.

FRANCIS LASSELLE *versus* ROBERT, ALIAS TONTON, NAVARRE

JOURNAL ENTRIES (1815–18): *Journal 2:* (1) Continued *p. 441; (2) referred *p. 532; (3) award filed *p. 586; (4) report of referees, judgment *p. 600.

PAPERS IN FILE: (1) Precipe; (2) capias and return; (3–4) subpoenas.

*Office Docket*, MS p. 20, c. 41; p. 38, c. 22.

FRANCIS LASSELLE *versus* ROBERT, ALIAS TONTON, NAVARRE

JOURNAL ENTRIES (1815–18): *Journal 2:* (1) Continued *p. 441; (2) referred *p. 532; (3) award filed *p. 586; (4) report of referees, judgment *p. 600.

PAPERS IN FILE: (1) Capias and return; (2) subpoena.

*Office Docket*, MS p. 20, c. 42; p. 38, c. 23.